MARY RIORDAN, as Administratrix of the Estate of TIMOTHY J. RIORDAN, Deceased, Appellant, *v.* AMERICAN TOBACCO COMPANY, Respondent.

*Riordan* v. *American Tobacco Co.,* 107 App. Div. 617, affirmed.
(Argued April 2, 1906; decided April 24, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 20, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the alleged negligent killing of plaintiff's intestate.

*Frank Parker Ufford* and *Philip Carpenter* for appellant.

*Frank Verner Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT and WERNER, JJ. Dissenting: EDWARD T. BARTLETT, HISCOCK and CHASE, JJ.

---

CLARENCE T. BIRKETT, Appellant, *v.* JAMES E. NICHOLS et al., Respondents.

(Submitted April 16, 1906; decided April 24, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 184 N. Y. 315.)